UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MISAEL ALONSO,

                                    Plaintiff,

                    -v-

THAFATH, INC., *et al.*,

                                    Defendants.

24-CV-6756 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval.  (ECF No. 48-1.)  The proposed settlement involves $10,000.00 to be allocated to Plaintiff Alonso in connection with his FLSA claims.  (*Id.* at 1.)  $3,710.01 of the settlement sum will be collected in attorney's fees and costs.  (*Id.* at 1-2.)

The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

To that end, the proposed settlement at ECF No. 48-1 is approved, and the case is hereby DISMISSED WITH PREJUDICE.  The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: May 29, 2026
         New York, New York

_____
        J. PAUL OETKEN
    United States District Judge